IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

)
BUCKHORN INC. and )
TACONIC FARMS, INC., )
) Civil Action No. _____
Plaintiffs, )
) 03-40233
v. ) (DEMAND FOR JURY TRIAL)
)
TRW AUTOMOTIVE U.S. LLC, )
)
Defendant. )
)

## COMPLAINT

The plaintiffs, Buckhorn Inc. and Taconic Farms, Inc., demand a trial by jury and for their complaint allege as follows.

### Jurisdiction and Venue

1. This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a) for patent infringement under 35 U.S.C. §§ 271 and 281 for remedies available under 35 U.S.C. §§ 283, 284, and 285.

2. Venue is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(b).

### Parties

3. The plaintiff, Buckhorn Inc., is a corporation organized under the laws of Ohio with its principal place of business at 55 West Techne Center Drive, Milford, Ohio 45150.

RECEIPT # 104183
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM _____
MCF ISSUED ✓
BY DPTY. CLK. _____
DATE 10-16-03

4. The plaintiff, Taconic Farms, Inc., is a corporation organized under the laws of New York with its principal place of business at 273 Hover Avenue, Germantown, New York 12526.

5. The defendant, TRW Automotive U.S. LLC d/b/a TRW Engineered Fasteners & Components, is a corporation organized under the laws of Delaware with its principal place of business at 12025 Tech Center Drive, Livonia, Michigan 48150.

## Background

6. U.S. Patent Number 5,572,953 was duly and legally issued on November 12, 1996, for an invention entitled "Animal Tote." A copy of U.S. Patent Number 5,572,953 is attached as Exhibit 1.

7. U.S. Patent Number 5,572,953 is 50 percent owned by Buckhorn Inc. and 50 percent owned by Taconic Farms, Inc. As such, Buckhorn Inc. and Taconic Farms, Inc., have a full right to bring this litigation and collect damages.

8. The plaintiff, Buckhorn Inc., is engaged in the business of manufacturing and selling reusable packaging products and programs for industrial manufacture, food processing, agriculture, bakery, grocery distribution, retail distribution, pharmaceutical, poultry, and other industrial and commercial operations.

9. The plaintiff, Taconic Farms, Inc., is engaged in the business of biomedical research, analysis, and production of laboratory animals.

10. The defendant, TRW Automotive U.S. LLC, manufactures and sells plastics, engineered fasteners, and automotive components through its Massachusetts entity

TRW Engineered Fasteners & Components located at 180 State Road East, Westminster, Massachusetts 01473.

## COUNT 1
### Infringement of U.S. Patent Number 5,572,953

11. Paragraphs 1 through 10 are adopted and incorporated herein by reference.

12. The defendant, TRW Automotive U.S. LLC, has infringed and induces others to infringe U.S. Patent Number 5,572,953 through its Massachusetts entity TRW Engineered Fasteners & Components by making, using, offering for sale, and/or selling animal totes as claimed in U.S. Patent Number 5,572,953. The defendants' activities are being conducted in the United States, and within the District of Massachusetts, without license of U.S. Patent Number 5,572,953.

13. On information and belief, the infringement by the defendant has occurred with its full knowledge of U.S. Patent Number 5,572,953 and has been willful and deliberate, thereby making this case exceptional within the meaning of the U.S. patent laws. Absent injunctive relief pursuant to 35 U.S.C. § 283, the infringement will continue.

14. Buckhorn Inc. and Taconic Farms, Inc., have been damaged by the defendant's infringement of U.S. Patent Number 5,572,953 and will be irreparably harmed unless the infringement is enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs, Buckhorn Inc. and Taconic Farms, Inc., seek judgment as follows:

(A) Preliminarily, during the pendency of this action, and permanently after final hearing, that this Court enjoin the defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with the defendant, from making, using, offering for sale, and/or selling in any way inventions infringing U.S. Patent Number 5,572,953;

(B) That this Court order the defendant to sequester, forfeit, and deliver for destruction all infringing materials in its possession or control or in the possession or control of the defendant's agents or associates;

(C) That this Court order an accounting of the damages sustained by the plaintiffs including but not limited to the plaintiffs lost profits, and that such damages be trebled in accordance with 28 U.S.C. § 284;

(D) That this Court award an assessment against the defendant of costs and attorney fees incurred by the plaintiffs in this action; and

(E) That this Court grant the plaintiffs such other and further relief as this Court may deem just and proper.

## Verification

I declare that I am the General Manager of Buckhorn Inc. and am authorized to make this verification. I have read the foregoing complaint and know its contents. The allegations are true and correct and are of my own personal knowledge, except for those matters stated to be upon information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

10-10-03
_____
Date

_____
Mr. Donald Thomas
General Manager
Buckhorn Inc.

## Verification

I declare that I am the President of Taconic Farms, Inc., and am authorized to make this verification. I have read the foregoing complaint and know its contents. The allegations are true and correct and are of my own personal knowledge, except for those matters stated to be upon information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

__October 10, 2003__
Date

Mr. Samuel Phelan
President
Taconic Farms, Inc.

Counsel for the plaintiffs submits this complaint to the Court.

Respectfully submitted,

**Buckhorn Inc. and Taconic Farms, Inc.**

October 15, 2003
Date

_/s/ Steven M. Cowley_
Steven M. Cowley (BBO No. 554,534)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, Massachusetts 02110

Telephone (617) 439-4444
Facsimile (617) 439-4170

and

Paul Grandinetti
LEVY & GRANDINETTI
Suite 1108
1725 K Street, N.W.
Washington, D.C. 20006-1423

Telephone (202) 429-4560
Facsimile (202) 429-4564

7

AO 120 (Rev. 6/90)

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

03-40233

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Massachusetts__ on the following ☒ Patents or ☐ Trademarks:

2003 OCT 16  A 10: 28

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT Massachusetts, Worcester Division |
|---|---|---|
| PLAINTIFF Buckhorn, Inc. and 55 West Techne Center Drive Milford, Ohio 45150 | Taconic Farms, Inc. 273 Hover Avenue Germantown, N.Y. 12526 | DEFENDANT TRW Automotive U.S. LLC 12025 Tech Center Drive Livonia, Michigan 48150 |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,572,953 | Nov. 12, 1996 | Buckhorn Inc. and Taconic Farms, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C  LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __Buckhorn Inc. et al v. TRW Automotive U.S. LLC__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.
            *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?

   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)

   YES ☐   NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?

   YES ☐   NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

   YES ☐   NO ☒

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

       EASTERN DIVISION ☐   CENTRAL DIVISION ☒   WESTERN DIVISION ☐

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

       EASTERN DIVISION ☐   CENTRAL DIVISION ☐   WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  __Mr. Steven M. Cowley__
ADDRESS  __Edwards & Angell, LLP, 101 Federal St., Boston, MA 02110__
TELEPHONE NO.  __(617) 439-4444__

(AppendixC.wpd - 11/27/00)

# CIVIL COVER SHEET

03-40233

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Buckhorn Inc.  and  Taconic Farms, Inc.
55 West Techne Center Drive     273 Hover Avenue
Milford, Ohio 45150             Germantown, New York 12526

## DEFENDANTS

TRW Automotive U.S. LLC
12025 Tech Center Drive
Livonia, Michigan 48150

FILED
IN CLERKS OFFICE
2003 OCT 16  A 10: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Steven M. Cowley (Tel: 617-439-4444)   Paul Grandinetti (Tel: 202-429-0450)
EDWARDS & ANGELL, LLP                   LEVY & GRANDINETTI
101 Federal Street          and         Suite 1108, 1725 K Street, N.W.
Boston, Massachusetts 02110             Washington, D.C. 20006-1423

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | ☐ 385 Property Damage Product Liability | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **HABEAS CORPUS:** ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This complaint is for patent infringement under 35 U.S.C. §§ 271 and 281.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____