IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

FILED
CLERKS OFFICE
2003 OCT 16  A 10: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

BUCKHORN INC. and
TACONIC FARMS, INC.,

    Plaintiffs,

v.

TRW AUTOMOTIVE U.S. LLC,

    Defendant.

Civil Action No. _____

DEMAND FOR JURY TRIAL

03-40233

## MOTION TO ADMIT ATTORNEYS PAUL GRANDINETTI, CARRIE R. GRANDINETTI, AND CAMERON S. REUBER *PRO HAC VICE* AS COUNSEL FOR PLAINTIFFS BUCKHORN INC. AND TACONIC FARMS, INC.

Pursuant to Local Rule 83.5.3, I, Steven M. Cowley, counsel for the plaintiffs, Buckhorn, Inc. and Taconic Farms, Inc., request that the Court grant attorneys Paul Grandinetti, Carrie R. Grandinetti, and Cameron S. Reuber of Levy & Grandinetti, 1725 K Street, N.W., Suite 1108, Washington, D.C., 20006-1423, leave to practice in this Court for the purposes of this case. In support of this motion, I state:

1.     I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the First Circuit Court of Appeals. I have filed my appearance in this action as attorney for the plaintiff, TechnoFirst S.A., pursuant to Local Rule 83.5.2.

FILING DATE: 10/4/84
RECEIPT #: _____
AMOUNT $: _____
BY DPTY CLK: _____
DATE: 10/16/03

2. The Declarations of Paul Grandinetti, Carrie R. Grandinetti, and Cameron S. Reuber attesting that (1) they are members of the bar in good standing in every jurisdiction where they have been admitted to practice, (2) there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction, and (3) they are familiar with the Local Rules of the United States District Court for the District of Massachusetts are attached hereto at Tabs A, B, and C, respectively.

WHEREFORE, I, Steven M. Cowley, request that this Court allow attorneys Paul Grandinetti, Carrie R. Grandinetti, and Cameron S. Reuber leave to appear in this action *pro hac vice* as counsel for Buckhorn, Inc. and Taconic Farms, Inc.

Buckhorn, Inc. and Taconic Farms, Inc.,

By their attorneys,

October 15, 2003
Date

Steven M. Cowley
BBO No. 554534
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone (617) 439-4444



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| BUCKHORN INC. and TACONIC FARMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRW AUTOMOTIVE U.S. LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> **DEMAND FOR JURY TRIAL** |

## DECLARATION OF PAUL GRANDINETTI

I, Paul Grandinetti, declare as follows:

1. I am an attorney duly admitted to practice law in Ohio and the District of Columbia and represent Buckhorn Inc. and Taconic Farms, Inc., the plaintiffs in the above-captioned matter. I make this application to appear as counsel *pro hac vice* in this case in association with Mr. Steven M. Cowley, who is a member in good standing of the Massachusetts Bar and of this Court.

2. I am familiar with the allegations of the Complaint filed in this matter. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

3. I am not a resident of the Commonwealth of Massachusetts.

4. I am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

5. My principal office address is 1725 K Street, N.W., Suite 1108, Washington, D.C. 20006-1423.

6. I am a member in good standing of the District of Columbia Bar since December 17, 1984, and the State Bar of Ohio since May 9, 1983.

7. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction where I am admitted. I have never been, nor am I now, suspended or disbarred in any jurisdiction where I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of October 2003.

_____
Paul Grandinetti



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| BUCKHORN INC. and TACONIC FARMS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>TRW AUTOMOTIVE U.S. LLC, <br><br>Defendant. | Civil Action No. _____ <br><br>DEMAND FOR JURY TRIAL |

## DECLARATION OF CARRIE R. GRANDINETTI

I, Carrie R. Grandinetti, declare as follows:

1.  I am an attorney duly admitted to practice law in the District of Columbia and represent Buckhorn Inc. and Taconic Farms, Inc., the plaintiffs in the above-captioned matter. I make this application to appear as counsel *pro hac vice* in this case in association with Mr. Steven M. Cowley, who is a member in good standing of the Massachusetts Bar and of this Court.

2.  I am familiar with the allegations of the Complaint filed in this matter. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

3.  I am not a resident of the Commonwealth of Massachusetts.

4.  I am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

5.  My principal office address is 1725 K Street, N.W., Suite 1108, Washington, D.C. 20006-1423.

6.	I am a member in good standing of the District of Columbia Bar since January 6, 2003. I am admitted to practice in and am a member in good standing of the District of Columbia Court of Appeals.

7.	There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction where I am admitted. I have never been, nor am I now, suspended or disbarred in any jurisdiction where I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of October 2003.

*Carrie R. Grandinetti*
Carrie R. Grandinetti



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| BUCKHORN INC. and <br> TACONIC FARMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRW AUTOMOTIVE U.S. LLC, <br><br> Defendant. | Civil Action No. _____ <br><br> **DEMAND FOR JURY TRIAL** |

## DECLARATION OF CAMERON S. REUBER

I, Cameron S. Reuber, declare as follows:

1. I am an attorney duly admitted to practice law in the Commonwealth of Virginia and represent Buckhorn Inc. and Taconic Farms, Inc., the plaintiffs in the above-captioned matter. I make this application to appear as counsel *pro hac vice* in this case in association with Mr. Steven M. Cowley, who is a member in good standing of the Massachusetts Bar and of this Court.

2. I am familiar with the allegations of the Complaint filed in this matter. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

3. I am not a resident of the Commonwealth of Massachusetts.

4. I am not regularly engaged in substantial business, professional, or other activities in the Commonwealth of Massachusetts.

5. My principal office address is 1725 K Street, N.W., Suite 1108, Washington, D.C. 20006-1423.

6. I am a member in good standing of the Virginia State Bar since April 25, 2002.

7. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction where I am admitted. I have never been, nor am I now, suspended or disbarred in any jurisdiction where I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of October 2003.

_____
Cameron S. Reuber