# United States District Court

DISTRICT OF MASSACHUSETTS

Buckhorn Inc. and
Taconic Farms, Inc.,

Plaintiffs,

V.

TRW Automotive U.S. LLC
12025 Tech Center Drive
Livonia, Michigan 48150,

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 03-40233

TO: (Name and address of defendant)

TRW Automotive U.S. LLC
c/o C T Corporation System
101 Federal Street
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Mr. Steven M. Cowley | Mr. Paul Grandinetti |
| EDWARDS & ANGELL, LLP | LEVY & GRANDINETTI |
| 101 Federal Street | Suite 1108 |
| Boston, Massachusetts 02110 | 1725 K Street, N.W. |
| Telephone (617) 439-4444 | Washington, D.C. 20006-1423 |
| | Telephone (202) 429-4560 |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

October 16, 2003

DATE

_[signature]_

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE February 6, 2004 |
|---|---|
| **NAME OF SERVER** JUDITH MICKIEWICZ | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Christina Bonney, Process Specialist for C T Corporation System, Registered** ~~Duly Authorized~~ Agent for the within-named **Defendant, TRW Automotive U.S. LLC.**

Said service was made at:

**101 Federal Street, Boston**_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 45.00 | TOTAL $ 45.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____February 6, 2004_____       *[signature] Judith Mickiewicz*
                    Date                             Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | Also served: | $_____.00 |
| | | - Civil Action Cover Sheet | $_____.00 |
| | | - Form AO 120 Report on the Filing or Determination of an Action Regarding a Patent | $_____.00 |
| | | - Motion to Admit Attorneys Paul Grandinetti, Carrie R. Grandinetti and Cameron S. Reuber Pro Hac Vice as Counsel for Plaintiffs Buckhorn, Inc. and Taconic Farms, Inc. | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH**:    $_____.00       No service was made      TOTAL  $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
|---|---|---|
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | Fax #          (617) 720-5737 |