**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRW AUTOMOTIVE U.S. LLC,<br><br>    Defendants. | **Civil Action No. 03-40233** |

**PLAINTIFFS' REPLY TO THE DEFENDANTS' ANSWER AND COUNTERCLAIMS**

  The plaintiffs, Buckhorn Inc. ("Buckhorn") and Taconic Farms, Inc. ("Taconic"), provide the following Reply to the Answer and Counterclaims of the Defendant, TRW Automotive U.S. LLC ("TRW").

  The plaintiffs respond to the affirmative defenses and counterclaims of the defendant's Answer and Counterclaims as follows. The numbers of the following paragraphs correspond to the paragraph numbers in the defendant's Answer and Counterclaims.

  1-14.  Paragraphs 1 through 14 of the defendant's Answer and Counterclaims do not require a response from the plaintiffs.

## RESPONSES TO AFFIRMATIVE DEFENSES

### Response to First Affirmative Defense

15. The plaintiffs deny the allegations of the first affirmative defense in paragraph 15 of the defendant's Answer and Counterclaims.

### Response to Second Affirmative Defense

16. The plaintiffs deny the allegations of the second affirmative defense in paragraph 16 of the defendant's Answer and Counterclaims.

### Response to Third Affirmative Defense

17. The plaintiffs deny the allegations of the third affirmative defense in paragraph 17 of the defendant's Answer and Counterclaims.

## RESPONSE TO COUNTERCLAIMS

18. The plaintiffs admit that TRW is a corporation with its principle place of business in Livonia, Michigan. The plaintiffs further admit that TRW has an engineered fasteners and components manufacturing facility located at 180 State Road East, Westminster, Massachusetts 01473.

19. The plaintiffs admit that Buckhorn is a corporation organized under the laws of Ohio with its principle place of business in Milford, Ohio.

20. The plaintiffs admit that Taconic is a corporation organized under the laws of New York with its principle place of business in Germantown, New York.

21. The plaintiffs admit the allegations of paragraph 21.

## RESPONSE TO FIRST COUNTERCLAIM
### Declaration of Noninfringement of the '953 Patent

22. The plaintiffs repeat and restate their responses to the allegations of paragraphs 18 through 21 above as if they were fully set forth here.

23. The plaintiffs deny the allegations of paragraph 23 of the defendant's Answer and Counterclaims.

## RESPONSE TO SECOND COUNTERCLAIM
### Declaration of Invalidity of the '953 Patent

24. The plaintiffs repeat and restate their response to the allegations of paragraphs 18 through 23 above as if they were fully set forth here.

25. The plaintiffs deny the allegations of paragraph 25 of the defendant's Answer and Counterclaims.

April 19, 2004

/s/ Steven M. Cowley
Steven M. Cowley (BBO No 554534)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone (617) 439-4444
Facsimile (617) 439-4170

and

Paul Grandinetti
Carrie R. Grandinetti
Cameron S. Reuber
LEVY & GRANDINETTI
1725 K Street, N.W., Suite 1108
Washington, D.C. 20006-1423

Telephone (202) 429-4560
Facsimile (202) 429-4564

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Plaintiffs' Reply To The Defendant's

Answer And Counterclaims was served by first class mail, postage prepaid, upon counsel for the defendant, Denise W. DeFranco, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210, on April 19, 2004.

        /s/ Steven M. Cowley_____
        Steven M. Cowley