# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

|  |  |
|---|---|
| BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>          Plaintiffs,<br><br>      v.<br><br>TRW AUTOMOTIVE U.S. LLC,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    **Civil Action No. 03-40233**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF CARRIE GRANDINETTI

     Pursuant to Rule 11(c) of the Federal Rules of Civil Procedure, attorney Carrie Grandinetti hereby withdraws her appearances as counsel for plaintiffs Buckhorn Inc. and Taconic Farms, Inc. in the above-captioned matter.  Attorney Grandinetti was admitted *pro hac vice* by this Court on October 30, 2003.  Ms. Grandinetti has left the firm of Levy & Grandinetti and will no longer act as counsel for the plaintiffs in this matter.

     Attorneys Steven M. Cowley of the law firm Edwards & Angell, LLP and Paul Grandinetti and Cameron Reuber of Levy & Grandinetti have filed appearances on behalf of and will continue to represent the plaintiffs in this action.

BOS 26404

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | /s/ Carrie Grandinetti |
| Date: July 8, 2004 | Carrie R. Grandinetti |

Steven M. Cowley (BBO No. 554534)
Edwards & Angell, LLP
101 Federal Street
Boston, Massachusetts  02110
Telephone:  617-439-4444
January 23, 1996


Paul Grandinetti
Carrie R. Grandinetti
Cameron S. Reuber
LEVY & GRANDINETTI
1725 K Street, N.W., Suite 1108
Washington, D.C. 20006-1423

Telephone (202) 429-4560
Facsimile (202) 429-4564


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice Of The Withdrawal Of Appearance Of Carrie Grandinetti was served by first class mail, postage prepaid, upon counsel for the defendant, Denise W. DeFranco, Esq., Foley Hoag LLP, 155 Seaport Boulevard, Boston, Massachusetts 02210, on July 8, 2004.


/s/ Paul Grandinetti
Paul Grandinetti