IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |
|---|---|
| BUCKHORN INC. and <br> TACONIC FARMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRW AUTOMOTIVE U.S. LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-40233 <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiffs, Buckhorn Inc. and Taconic Farms, Inc., have conferred with their counsel with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

21 July 2004
Date

Paul Grandinetti
Cameron S. Reuber
LEVY & GRANDINETTI
1725 K Street, N.W., Suite 1108
Washington, D.C. 20006-1423
Telephone (202) 429-4560
Facsimile (202) 429-4564

Facsimile (617) 439-4170

**Attorneys for Plaintiffs**
**Buckhorn Inc. and Taconic Farms, Inc.**

7-20-04
Date

*[signature]* General Manager
BUCKHORN INC.

_____    _____
Date                                                            TACONIC FARMS, INC.

and

Steven M. Cowley (BBO No 554534)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone (617) 439-4444
Facsimile (617) 439-4170

**Attorneys for Plaintiffs
Buckhorn Inc. and Taconic Farms, Inc.**

_____          _____
Date                                BUCKHORN INC.

7-21-04                             _____
_____
Date                                TACONIC FARMS, INC.