IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

|  |  |
|---|---|
| BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRW AUTOMOTIVE U.S. LLC,<br><br>    Defendant. | Civil Action No. 03-40233-FDS |

### DEFENDANT'S CERTIFICATION
### PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned counsel and authorized representative of defendant TRW Automotive U.S. LLC hereby certify that TRW and its counsel have conferred (a) with a view to establishing a budget for the cost of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 21, 2004

TRW AUTOMOTIVE U.S. LLC

By: _/s/ Paula Christ_____
 Paula Christ, Assistant General Counsel
 TRW Automotive

FOLEY HOAG LLP

By: _/s/ Denise W. DeFranco_____
 James J. Dillon (BBO No. 124660)
 Denise W. DeFranco (BBO No. 558859)
 James M. Flaherty, Jr. (BBO No. 653643)
 155 Seaport Boulevard
 Boston, MA 02210
 Tel. (617) 832-1000

 Attorneys for defendant
 TRW Automotive U.S. LLC