UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BUCKHORN, INC. and TACONIC FARMS, INC. <br>       Plaintiffs, <br><br> v. <br><br> TRW AUTOMOTIVE U.S. LLC, <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) 03-40233-FDS <br> ) <br> ) <br> ) <br> ) |

ORDER OF RECUSAL

**SAYLOR, J.**

      Defendant TRW Automotive U.S. LLC is represented in this matter by James J. Dillon of the law firm of Foley Hoag LLP. From March 1993 to October 2002, Mr. Dillon and I were partners at the law firm now know as Goodwin Procter LLP. We were previously colleagues at the same firm from 1981 to 1987, and continue to maintain a social relationship and friendship. To the extent that any disqualification issues presented under 28 U.S.C. § 455(a) may be waived, plaintiffs (as is their right) have declined to do so. Accordingly, I hereby recuse myself from this matter.

**So Ordered.**

                                                                           /s/ F. Dennis Saylor
                                                                           F. Dennis Saylor
                                                                           United States District Judge

Dated: August 2, 2004