IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>TRW AUTOMOTIVE U.S. LLC,<br><br>    Defendant. | Civil Action No. 03-40233-RWZ |

JOINT PRETRIAL SCHEDULE
PURSUANT TO LOCAL RULE 16.1(D)

  Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiffs Buckhorn Inc. ("Buckhorn") and Taconic Farms, Inc. ("Taconic"), collectively ("the plaintiffs"), and the Defendant TRW Automotive U.S. LLC ("TRW" or "the defendant") submit this joint pretrial schedule as directed by the Court during the scheduling conference held on August 24, 2004.

<u>Pretrial Schedule</u>

| <u>Event</u> | <u>Date</u> |
|---|---|
| Exchange of initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure | July 26, 2004 |
| All motions pursuant to Federal Rules of Civil Procedure 12, 15, 19, and 20 shall be filed | October 29, 2004 |
| Service of written discovery (interrogatories, contention interrogatories, requests for admission, and requests for production of documents) shall be completed | January 31, 2005 |

| | |
|---|---|
| Responses to written discovery (interrogatories, contention interrogatories, requests for admission, and requests for production of documents) shall be completed | February 28, 2005 |
| Further Scheduling Conference | March 8, 2005 |

Joint Statement

A further scheduling conference will be held on March 8, 2005, at 2 pm, during which the remainder of the pretrial schedule will be determined. The parties and the Court will also discuss a plan for the *Markman* hearing, including the possibility of combining the *Markman* and Summary Judgment proceedings. Additionally, the parties have agreed to discuss the possibility of filing "letter" briefs with the Court prior to full briefings on motions for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| BUCKHORN, INC. and<br>TACONIC FARMS, INC. | TRW AUTOMOTIVE U.S. LLC |
| By their attorneys, | By its attorneys, |
| /s/ Paul Grandinetti<br>Paul Grandinetti<br>Cameron S. Reuber<br>LEVY & GRANDINETTI<br>1725 K Street, N.W., Suite 1108<br>Washington, D.C. 20006-1423<br>Tel. (202) 429-4560<br>Fax (202) 429-4564 | /s/ Denise W. DeFranco<br>James J. Dillon (BBO No. 124660)<br>Denise W. DeFranco (BBO No. 558859)<br>James M. Flaherty, Jr. (BBO No. 653643)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>Tel. (617) 832-1000<br>Fax (617) 832-7000 |
| Steven M. Cowley (BBO No. 554534)<br>EDWARDS & ANGELL LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>Tel. (617) 439-4444<br>Fax (617) 439-4170 | |

Dated: September 2, 2004