IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TRW AUTOMOTIVE U.S. LLC,<br><br>        Defendant. | Civil Action No. 03-40233-RWZ |

**JOINT MOTION FOR EXTENSION OF TIME**

      The plaintiffs, Buckhorn Inc. and Taconic Farms, Inc., and the defendant, TRW Automotive U.S. LLC, submit this joint motion for an extension of time to file "All motions pursuant to Federal Rules of Civil Procedure 12, 15, 19, and 20," as required by the Joint Pretrial Schedule, filed on September 2, 2004 (Docket No. 14). The deadline for this filing is October 29, 2004. The parties request an extension of time up to, and including November 29, 2004. The basis for this motion is set forth below.

- 2 -

The parties are engaged in settlement negotiations and have exchanged draft settlement agreements.  Upon execution of a final settlement agreement, the parties intend to file a stipulation of dismissal with prejudice, pursuant to FED. R. CIV. P. 41.

Respectfully submitted,

| | |
|---|---|
| BUCKHORN, INC. and<br>TACONIC FARMS, INC. | TRW AUTOMOTIVE U.S. LLC |
| By their attorneys, | By its attorneys, |
| /s/ Paul Grandinetti<br>Paul Grandinetti<br>Cameron S. Reuber<br>LEVY & GRANDINETTI<br>Suite 408<br>1725 K Street, N.W.<br>Washington, DC  20006-1423<br>Tel. (202) 429-4560<br>Fax (202) 429-4564 | /s/ Denise W. DeFranco<br>James J. Dillon (BBO No. 124660)<br>Denise W. DeFranco (BBO No. 558859)<br>James M. Flaherty, Jr. (BBO No. 653643)<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>Tel. (617) 832-1000<br>Fax (617) 832-7000 |

Steven M. Cowley (BBO No. 554534)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA  02110
Tel. (617) 439-4444
Fax (617) 439-4170

Dated:  October 28, 2004