# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BUCKHORN INC. and <br> TACONIC FARMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRW AUTOMOTIVE U.S. LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-40233-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

The Court, having reviewed the parties' Joint Motion for Extension of Time, it is hereby:

ORDERED that the parties' Joint Motion for Extension of Time is GRANTED.

The Parties shall have up to, and including, November 29, 2004, to file all motions pursuant to Federal Rules of Civil Procedure 12, 15, 19, and 20.

SO ORDERED.

Dated this _____ day of _____ 2004.

_____
UNITED STATES DISTRICT JUDGE