**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>       Plaintiffs,<br><br>  v.<br><br>TRW AUTOMOTIVE U.S. LLC,<br><br>       Defendant. | Civil Action No. 03-40233-RWZ |
| TRW AUTOMOTIVE U.S. LLC,<br><br>       Counterclaim-Plaintiff,<br>  v.<br>BUCKHORN INC. and<br>TACONIC FARMS, INC.,<br><br>       Counterclaim-Defendants. | |

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff-Counterclaim Defendant Taconic Farms, Inc., Plaintiff-Counterclaim Defendant Buckhorn Inc., and Defendant-Counterclaim Plaintiff TRW Automotive U.S. LLC submit this stipulated notice of dismissal with prejudice. Each party shall bear its own costs and expenses.

- 2 -

Respectfully submitted,

| | |
|---|---|
| BUCKHORN, INC. and<br>TACONIC FARMS, INC. | TRW AUTOMOTIVE U.S. LLC |
| By their attorneys, | By its attorneys, |
| /s/ Paul Grandinetti | /s/ Denise W. DeFranco |
| Paul Grandinetti | James J. Dillon (BBO No. 124660) |
| Cameron S. Reuber | Denise W. DeFranco (BBO No. 558859) |
| LEVY & GRANDINETTI | James M. Flaherty, Jr. (BBO No. 653643) |
| Suite 408 | FOLEY HOAG LLP |
| 1725 K Street, N.W. | 155 Seaport Boulevard |
| Washington, DC  20006-1419 | Boston, MA  02210 |
| Tel. (202) 429-4560 | Tel. (617) 832-1000 |
| Fax (202) 429-4564 | Fax (617) 832-7000 |

Steven M. Cowley (BBO No. 554534)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA  02110
Tel. (617) 439-4444
Fax (617) 439-4170

Dated:  January 13, 2005